CLOSED

**U.S. District Court**
**Northern District of Florida - District Version 3.0 (Pensacola)**
**CIVIL DOCKET FOR CASE #: 3:06-cv-00541-MCR-EMT**
**Internal Use Only**

WILSON v. DAVOL INC et al
Assigned to: District Judge M CASEY RODGERS
Referred to: MAGISTRATE JUDGE ELIZABETH M TIMOTHY
Case in other court: 1st Judicial Circuit - Escambia County, FL, 2006-CA-001350
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 12/04/2006
Date Terminated: 07/03/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**JANE R WILSON**

represented by **BRADLEY SYFRETT ODOM**
KIEVIT ODOM & BARLOW - PENSACOLA FL
635 W GARDEN ST
PENSACOLA, FL 32502
850/434-3527
Fax: 850/434-6380
Email: email@koblaw.com
*ATTORNEY TO BE NOTICED*

**CRAIG PHILIP NIEDENTHAL**
CORY WATSON CROWDER ETC - BIRMINGHAM AL
2131 MAGNOLIA AVE STE 200
BIRMINGHAM, AL 35205
205-271-7111
Fax: 205-324-7896
Email: cniedenthal@cwcd.com
*ATTORNEY TO BE NOTICED*

**JON COLLINS CONLIN**
CORY WATSON CROWDER ETC - BIRMINGHAM AL
2131 MAGNOLIA AVE STE 200
BIRMINGHAM, AL 35205
205-328-2200
Fax: 205-324-7896
Email: jconlin@cwcd.com
*ATTORNEY TO BE NOTICED*

**STEPHEN R HUNT, JR**
CORY WATSON CROWDER ETC - BIRMINGHAM AL
2131 MAGNOLIA AVE STE 200
BIRMINGHAM, AL 35205
205-328-2200
Fax: 205-324-7896
Email: shunt@cwcd.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC**

represented by **JOHN M KVARTEK**
CLARK PARTINGTON HART ETC - PENSACOLA FL
125 W ROMANA ST STE 800 [32501]
PO BOX 13010
PENSACOLA, FL 32591-3010
850/434-9200
Fax: 850/432-7340
Email: jkvartek@cphlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIRBY TROY GRIFFIS**
SPRIGGS & HOLLINGSWORTH - WASHINGTON DC
1350 I ST NW
9TH FL
WASHINGTON, DC 20005-3305
202/898-5800
Fax: 202/682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANA ALAN GAUSEPOHL**
SPRIGGS & HOLLINGSWORTH - WASHINGTON DC
1350 I ST NW
9TH FL
WASHINGTON, DC 20005-3305
202-712-7556
Fax: 202-682-1639
Email: dgausepohl@spriggs.com

**Defendant**

**C R BARD INC** represented by **JOHN M KVARTEK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIRBY TROY GRIFFIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANA ALAN GAUSEPOHL**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2006 | 1 | NOTICE OF REMOVAL by DAVOL INC and C R BARD INC from 1st Judicial Circuit, Escambia County, FL, Case Number: 2006-CA-001350 filed by JANE R WILSON - Filing Fee $350.00, Receipt Number: FLN300000225. (laj) (Entered: 12/05/2006) |
| 12/04/2006 | 2 | Corporate Disclosure Statement/Certificate of Interested Persons by DAVOL INC andC R BARD INC. (laj) (Entered: 12/05/2006) |
| 12/04/2006 | 3 | ANSWER and Affirmative Defenses to Complaint - attached to 1 NOTICE OF REMOVAL - with JURY DEMAND by DAVOL INC and C R BARD INC. (laj) (Entered: 12/05/2006) |
| 12/05/2006 | 4 | DOCKET ANNOTATION BY COURT - Re: 1 Notice of Removal filed by DAVOL INC and C R BARD INC - The Civil Cover Sheet was not submitted at the time of case filing. The attorney is advised that the Civil Cover Sheet needs to filed immediately. It can be filed electronically or hard copy. (laj) (Entered: 12/05/2006) |
| 12/05/2006 | 5 | CIVIL COVER SHEET. (KVARTEK, JOHN) (Entered: 12/05/2006) |
| 12/21/2006 | 6 | NOTICE of Appearance by BRADLEY SYFRETT ODOM on behalf of JANE R WILSON (ODOM, BRADLEY) (Entered: 12/21/2006) |
| 12/21/2006 | 7 | RESPONSE re 3 Answer to Complaint *to Defendants' Affirmative Defenses* by JANE R WILSON. (ODOM, BRADLEY) (Entered: 12/21/2006) |
| 12/22/2006 | 8 | **INITIAL SCHEDULING ORDER**:<br>- Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for 1/5/2007.<br>- Rule 26 Meeting Report due by 2/5/2007.<br>- Discovery to be completed by **4/23/2007**.<br>Signed by Judge M CASEY RODGERS on December 22, 2006.<br>(cbj) (Entered: 12/22/2006) |
| 01/05/2007 | 9 | NOTICE of Appearance by CRAIG PHILIP NIEDENTHAL on behalf of JANE R WILSON (NIEDENTHAL, CRAIG) (Entered: 01/05/2007) |

| | | |
|---|---|---|
| 01/10/2007 | 10 | ELECTRONIC NOTICE by Clerk of Previously Issued Initial Scheduling Order - See: 8 Initial Scheduling Order - As To Party: JANE WILSON. (laj) (Entered: 01/10/2007) |
| 01/16/2007 | 11 | ATTORNEY TIME RECORDS by DAVOL INC, C R BARD INC. (KVARTEK, JOHN) (Entered: 01/16/2007) |
| 01/16/2007 | 12 | ATTORNEY TIME RECORDS - SEALED PORTION by DAVOL INC, C R BARD INC. (KVARTEK, JOHN) (Entered: 01/16/2007) |
| 02/05/2007 | 13 | REPORT of Rule 26(f) Planning Meeting. (NIEDENTHAL, CRAIG) (Entered: 02/05/2007) |
| 02/20/2007 | 14 | FINAL SCHEDULING ORDER AND MEDIATION REFERRAL - Re: 13 Report of Rule 26(f) Planning Meeting - 1) The Discovery deadline is extended to 5/19/2008. 2) The deadline for filing potentially Dispositive Motions is 6/27/2008. 3) The parties' shall each be allowed until 3/15/2007 to join additional parties and to amend pleadings. 4) Disclosures of retained expert witnesses and their written opinions are due from Pltf on or before 3/3/2008, and from Dft on or before 4/7/2008. Signed by Judge M CASEY RODGERS on 2/20/2007. (laj) (Entered: 02/21/2007) |
| 02/26/2007 | 15 | NOTICE of Appearance by JON COLLINS CONLIN on behalf of JANE R WILSON (Attachments: # 1 Certificate of Admission) (CONLIN, JON) (Entered: 02/26/2007) |
| 02/27/2007 | 16 | NOTICE of Appearance by DANA ALAN GAUSEPOHL on behalf of all defendants (Attachments: # 1 Exhibit Certificate of Admittance Kirby T. Griffis# 2 Exhibit Certificate of Admittance of Dana A. Gausepohl) (GAUSEPOHL, DANA) (Entered: 02/27/2007) |
| 06/15/2007 | 17 | NOTICE of Appearance by STEPHEN R HUNT, JR on behalf of JANE R WILSON (Attachments: # 1 Exhibit Certificate of Admission) (HUNT, STEPHEN) (Entered: 06/15/2007) |
| 07/03/2007 | 18 | MDL Transfer Order - Interdistrict Transfer to the MDL Court for District of Rhode Island - MDL Docket No. 1842 - In Re: Kugel Mesh Hernia Patch Products Liability Litigation. (laj) (Entered: 07/03/2007) |
| 07/03/2007 | 19 | Letter NOTICE tranferring case to MDL Court - District of Rhode Island - MDL Docket No. 1842. (laj) (Entered: 07/03/2007) |