# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | | |
|---|---|---|
| JANE R. WILSON,<br><br>Plaintiff<br><br>v.<br><br>DAVOL INC., a Rhode Island corporation;<br>C. R. BARD, INC., a New Jersey corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 3:06cv541/MCR/EMT |

## CORPORATE DISCLOSURE STATEMENT

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby files this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: December 4, 2006

Respectfully submitted,

John M. Kvartek (FBN 044563)
Clark, Partington, Hart, Larry, Bond & Stackhouse
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, Florida 32502
(850) 434-9200 (phone)
(850) 432-7340 (fax)

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.
06 DEC -4 PM 3:47



FILED

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for defendants
C.R. BARD, INC. and DAVOL INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by First Class U.S. Mail to Jane R. Wilson, *pro se,* 6220 Heart Pine Circle, Pensacola, Florida 32504 this 4th day of December, 2006.

John M. Kvartek