**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JANE R. WILSON,

Plaintiff,

v. Case No.: 3:06cv541/MCR/EMT

DAVOL, INC., and
C.R. BARD, INC.,

Defendants.
_____________________________/

**NOTICE OF APPEARANCE**

Bradley S. Odom, Esq., hereby files and serves this notice of appearance as attorney of record for plaintiff, Jane R. Wilson. All further pleadings and correspondence for plaintiff shall be served upon Bradley S. Odom, Esq., Kievit, Odom & Barlow, 635 West Garden Street, Pensacola, Florida 32502.

Respectfully submitted,

s/Bradley S. Odom

Bradley S. Odom
Florida Bar Number: 932868
Richard D. Barlow
Florida Bar Number: 0425176
Juan Carlos Moreno
Florida Bar Number: 0638420
KIEVIT, ODOM & BARLOW
635 West Garden Street
Pensacola, Florida 32502
(850) 434-3527
(850) 434-6380 (facsimile)
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to John M. Kvartek, Esq., Clark, Partington, Hart, Larry, Bond & Stackhouse, One Pensacola Plaza, Suite 800, 125 West Romana Street, Pensacola, Florida 32502; and Kirby T. Griffis, Esq., Dana Alan Gausepohl, Esq., Spriggs & Hollingsworth, 1350 "I" Street, N.W., Washington, D.C. 20005, via electronic submission, on this 21st day of December, 2006.

s/Bradley S. Odom