UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JANE R. WILSON | ) |
| | ) |
| Vs. | ) |
| | ) CASE NO.: 3:06cv541/MCR/EMT |
| | ) |
| DAVOL INC., et al. | ) |
| | ) |

**NOTICE OF APPEARANCE**

The undersigned counsel, Craig P. Niedenthal, of the firm Cory, Watson, Crowder, & DeGaris, P.C., 2131 Magnolia Avenue, Birmingham, Alabama 35205, hereby gives notice of his appearance in this case as counsel on behalf of the plaintiff, Jane R. Wilson.

**/s/Craig P. Niedenthal**
CRAIG P. NIEDENTHAL
Florida Bar: 0373052
Attorney for Plaintiff

**OF COUNSEL:**
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John M. Kvartek
Clark, Partington, Hart, Larry, Bond & Stackhouse
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32502

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 1st Street N.W.
Washington, DC 20005

**_/s/ Craig P. Niedenthal____________**
CRAIG P. NIEDENTHAL