UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| JANE R. WILSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | 3:06cv541/MCR/EMT |
| | § | |
| DAVOL, INC., et al., | § | |
| | § | |
| Defendants. | § | |

NOTICE OF APPEARANCE

The undersigned counsel, Jon C. Conlin, of the firm Cory, Watson, Crowder & DeGaris, P.C., 2131 Magnolia Avenue, Birmingham, AL 35205, hereby gives notice of his appearance in this case as counsel on behalf of the Plaintiff, Jane R. Wilson. The undersigned counsel further verifies that he has been admitted to practice in this Honorable Court and attaches as Exhibit A, a copy of the certificate of admittance as set out by the Clerk of Court, Northern District of Florida.

/s/ Jon C. Conlin
JON C. CONLIN
Bar No. ASB-7024-J66C
Attorney for Plaintiff

OF COUNSEL:
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
(205) 324-7896 Fax

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appearance has been electronically filed with the Clerk of Court using the CM-ECF system which will send notification of such filing to the following:

John M. Kvartek
Clark, Partington, Hart, Larry, Bond & Stackhouse
One Pensacola Plaza, Suite 800
125 West Romana Street
Pensacola, FL 32502

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hoillingsworth
1350 1st Street NW
Washington, DC 20005

/s/ Jon C. Conlin
Of Counsel