# THE UNITED STATES OF AMERICA



## *Northern District of Florida*

*I, William M. McCool, Clerk of the United States District Court, hereby certify*

JON C CONLIN

*was duly admitted and qualified to practice as an attorney in the District Court on the 30th day of January, 2007.*

*In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Tallahassee, this 21st day of February, 2007.*

*Clerk of Court*