**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | | |
|---|---|---|
| JANE R. WILSON,<br><br>Plaintiff<br><br>v.<br><br>DAVOL INC., a Rhode Island corporation;<br>C. R. BARD, INC., a New Jersey corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 3:06cv541/MCR/EMT |

**SUMMARY OF ATTORNEYS' TIME**

Clark, Partington, Hart, Larry Bond & Stackhouse, attorney for Defendants, DAVOL INC. & C.R. BARD, INC files their summary of time records pursuant to the Court's Initial Scheduling Order entered December 22, 2006 from November 16, 2006 through January15, 2007:

TOTAL ATTORNEY HOURS THIS FILING 4.4 Hours

TOTAL NON-ATTORNEY HOURS THIS FILING .7 Hours

Dated: January 16, 2007

Respectfully Submitted,

/s/John M. Kvartek
JOHN M. KVARTEK (#044563)
Clark, Partington, Hart, Larry,
Bond, & Stackhouse
125 West Romana St., Ste 800
Pensacola, Florida 32591-3010
Phone (850) 434-9200
Attorney for Defendants

{A0203118.DOC}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by First Class U.S. Mail to Bradley S. Odom, Richard D. Barlow, Juan Carlos Moreno at Kievit, Odom & Barlow, 635 W. Garden St., Pensacola, FL 32502; and Craig P. Niedenthal, Cory, Watson, Crowder & DeGaris, P.C., 2131 Magnolia Avenue, Birmingham, AL 35205 this 16th day of January, 2007.

/s/John M. Kvartek
JOHN M. KVARTEK