Case 3:07-cv-00541-MCR-EMT Document 2-17 Filed 02/20/2007 Page 1 of 3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JANE R. WILSON,

Plaintiff,

v. Case No.: 3:06cv541/MCR/EMT

DAVOL, INC., and
C.R. BARD, INC.,

Defendants.
_________________________/

**PLAINTIFF'S RESPONSES TO DEFENDANTS' AFFIRMATIVE DEFENSES**

COMES NOW the plaintiff, Jane R. Wilson, by and through her undersigned counsel, and hereby responds to the affirmative defenses asserted by Davol, Inc., and C.R. Bard, Inc., as follows:

1. Denied.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied that this alleged defense constitutes a defense. To the extent that it does, however, it is denied.

Respectfully submitted,

s/Bradley S. Odom
Bradley S. Odom
Florida Bar Number: 932868
Richard D. Barlow
Florida Bar Number: 0425176
Juan Carlos Moreno
Florida Bar Number: 0638420
KIEVIT, ODOM & BARLOW
635 West Garden Street
Pensacola, Florida 32502
(850) 434-3527
(850) 434-6380 (facsimile)
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to John M. Kvartek, Esq., Clark, Partington, Hart, Larry, Bond & Stackhouse, One Pensacola Plaza, Suite 800, 125 West Romana Street, Pensacola, Florida 32502; and Kirby T. Griffis, Esq., Dana Alan Gausepohl, Esq., Spriggs & Hollingsworth, 1350 "I" Street, N.W., Washington, D.C. 20005, via electronic submission, on this 21st day of December, 2006.

s/Bradley S. Odom